**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HOLLY VANWERT AND PA STANDS UP, | : | No. 139 MAL 2023 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| LACKAWANNA COUNTY BOARD OF | : | |
| ELECTIONS; COMMISSIONERS JERRY | : | |
| NOTARIANNI, CHRIS CHERMAK, AND | : | |
| DEBI DOMENICK, IN THEIR OFFICIAL | : | |
| CAPACITY ONLY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.